

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00012-CV

| | | |
|---|---|---|
| PATRICK MAHAFFEY, Appellant | § | On Appeal from the 48th District Court |
| V. | § | of Tarrant County (048-268735-13) |
| | § | November 15, 2018 |
| SETH WASHBURNE AND THIRSTY 13TH, LLC, Appellees | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Patrick Mahaffey shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth